HIGHLAND AVE. & BELT R. CO. v. COLUMBIAN EQUIPMENT CO. (Circuit Court of Appeals, Fifth Circuit. February 7, 1898.) No. 595. Appeal

from the Circuit Court of the United States for the Northern District of Alabama. Alex. T. London, for appellant. John F. Martin, for appellee. Questions certified to supreme court June 16, 1897. 28 C. C. A. 683, 84 Fed. 1018. The mandate (18 Sup. Ct. 240) in answer to questions was filed here on February 5, 1898, and the appeal was dismissed, on motion of appellant.